JOSEPH DUKSA *v.* CITY OF MIDDLETOWN ET AL.

The defendants' "Motion for Directed Judgment" dated June 13, 1977, is denied.

*Francis O'Neill,* city attorney, for the appellants (defendants).

*Waldemar J. Lach,* for the appellee (plaintiff).

Argued October 4—decided October 4, 1977

EILEEN FUERST *v.* WERNER FUERST

The plaintiff's motion to dismiss the appeal from the Superior Court in Tolland County is granted.

*Laurence A. Levine,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued October 4—decided October 4, 1977

SIDNEY A. LESLIE *v.* HELEN P. LESLIE

The plaintiff's motion to set aside the judgment of the trial court dated September 24, 1974, in the appeal from the Superior Court in New Haven County is denied.

*R. William Bohonnon,* for the appellant (plaintiff).

*James R. Etter,* for the appellee (defendant).

Argued October 4—decided October 4, 1977

HARTFORD NATIONAL BANK AND TRUST COMPANY *v.* STANLEY V. TUCKER ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Litchfield County is granted.

*Neil E. Atlas,* for the appellee (plaintiff).

*Stanley V. Tucker,* pro se, the appellant (named defendant).

Argued October 4—decided October 4, 1977